AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 2:38 pm, Aug 20, 2025

| United States of America | ) |
|---|---|
| v. | ) |
| Edward Alexander Dana, | ) Case: 1:25-mj-00152 |
|  | ) Assigned To: Judge Upadhyaya. Moxila A. |
|  | ) Assign. Date: 8/19/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Edward Alexander Dana,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 871 (Threats against President and successors to the Presidency)

Date: 08/19/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/2025, and the person was arrested on *(date)* 8/21/2025
at *(city and state)* Washington DC.

Date: 8/21/2025

*Arresting officer's signature*

Stephen H. Lowe  DUSM
*Printed name and title*