

08/22/2025

Dear Ms Mullin,

I hope this will be sufficient information for you and for the courts. Currently, Mr. Dana is participating in a transitional housing program for homeless residents of the District. As a participant of this program, Mr. Dana must comply with all program rules and obligations.

These rules and obligations include seeking appropriate permanent housing, seeking and/or maintaining employment (and/or education and training), contributing 30% of monthly income to a savings or escrow account, attending quarterly visits at the DC Wellness Center, and making active, weekly progress toward your independent living and case management goals. Mr. Dana is expected to meet with his case manager for at least one hour a week, but will frequently meet for longer.

Mr. Dana joined this program in April, and he is eligible to stay in this program for at least eighteen months (until October 2026). Since joining the program, Mr. Dana has been trying to identify mental health services that best work for him and his insurance. One barrier Mr. Dana faced, as a low-income medicaid user, was that he needed to get his health insurance benefits recertified in person. This was a barrier because he needed to take off work to do so.

Mr. Dana has acknowledged that he has a problem with his drinking, and we have been looking into various programs to enroll him in. Mr. Dana is most interested in participating in an outpatient program, so he will be able to care for his cats, work full-time, and attend the University of DC for the social work degree he is working on. The start date for the fall semester is Monday, 08/25/2025.  Mr. Dana has a lot going on in his life and is just starting to get onto the right track. Mr. Dana clearly has an amazing support system and only needs a chance to prove his commitment to change and betterment.

Mr. Dana currently lives in an apartment with his own private bedroom and a roommate. The building Mr. Dana resides in is monitored by cameras outside the building and inside the hallways. The case manager checks the cameras in the morning (Monday-Friday)  to ensure that residents are complying with expectations. Mr. Dana is expected to spend 5 out of 7 nights in his apartment, unless he signs a leave of absence form.  The case manager is expected to stay on premises from 10 am to 6 pm, Monday through Thursday. The case manager can check the cameras remotely and agrees to do FaceTime check-ins with the resident to ensure that he returns home nightly.



The case manager does not believe that Mr. Dana is a physical threat to anybody and he has never cause any disruptions in the building. Mr. Dana usually keeps to himself reading books, listening to music, or playing his instruments. Mr. Dana made a mistake and should be allowed to come back home and get his life back together with his support system.

Thanks you for your time and consideration,
Iris DeLaPaz
Case Manager

(Attached are copies of the program rules and agreement that Mr. Dana agreed to upon intake to this program.)