UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
Plaintiff, )
vs. ) CASE NO. 1:25-mj-00152-MAU
EDWARD ALEXANDER DANA, )
Defendant. )

TRANSCRIPT OF STATUS HEARING
**BEFORE THE HONORABLE ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE**
Thursday - September 4, 2025
12:44 p.m. - 1:22 p.m.
Washington, DC

**FOR THE GOVERNMENT:**
U.S. Department of Justice
BY: CONOR MULROE
601 D Street, NW
Washington, DC 20005

**FOR THE DEFENDANT:**
Federal Public Defender for the District of Columbia
BY: ELIZABETH ANN MULLIN
625 Indiana Avenue, NW, Suite 500
Washington, DC 20004

Pretrial Officer: Britney Dahlkoetter

**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Digital Record

(Call to Order of the Court at 12:44 p.m.)

DEPUTY CLERK: Good afternoon, Your Honor. This is Magistrate Case 25-152, the *United States of America versus Edward Dana*, and this matter is set for a preliminary hearing.

Parties, please introduce yourselves for the record, starting with the government.

MR. MULROE: Good afternoon, Your Honor. Conor Mulroe for the United States.

THE COURT: Good morning.

MS. MULLIN: Good afternoon, Your Honor. Elizabeth Mullin on behalf of Edward Dana.

OFFICER DAHLKOETTER: Good afternoon, Your Honor. Britney Dahlkoetter on behalf of Pretrial Services Agency.

THE COURT: Okay. Well, at 12:04, Mr. Mulroe, I understand you emailed with some updates about the case for a 12:30 hearing. So let's -- I want to get on the record what is going on, what the United States is intending to do here.

MR. MULROE: Yes. Thank you, Your Honor. And the government apologizes for the late-breaking development here.

So we put on the record that shortly before the parties convened for this hearing, mid-morning today, an information was filed in DC Superior Court charging the defendant with certain misdemeanor offenses arising from the same episode that is the basis of the pending federal complaint.

The United States Attorney's Office has elected to proceed on those Superior Court charges in lieu of this federal prosecution, and so our intention had been to cancel the preliminary hearing -- or move to cancel the preliminary hearing and file a written motion to dismiss the pending complaint.

Appreciating that it was very late in the day when this came in, I'm authorized to orally move under Rule 48 to dismiss the pending federal complaint against Mr. Dana in favor of prosecution in another district -- excuse me, another jurisdiction, namely DC Superior Court. And so the government respectfully requests leave of the Court for the dismissal of the complaint.

THE COURT: When did you file the information in Superior Court?

MR. MULROE: I would have to look at the exact time, but it was this morning.

THE COURT: And so you're moving to dismiss now the pending charges against the defendant, I presume without prejudice, but you can surprise me. Is it with prejudice? Do you have a position on that?

MR. MULROE: We would be moving without prejudice.

THE COURT: Okay. And is there any other information that you have, because, I mean, this doesn't strike me that this was a decision at 12:04 that was made. I understand that

you all are busy. You are busy because you all have created this mess, and so that's not really a justification to say that you all are busy and so you're just getting to things when you can. I'm not saying this is your problem; it's your office's problem.

I've been very clear throughout this process, I don't understand how you and your colleague line of AUSAs, who I understand are working 24-hour shifts around the day -- which, I don't know, when I was an AUSA, that was not understood to be part of the job requirements. I don't think it's part of any job requirement -- how you all are being expected by your management to keep up. Somehow you miraculously are doing the best that you can.

So you can sit down. This is not directed at you, but I have questions and I need answers. I want to understand -- you can go back to your office. I want to find an answer. And no more emails. I want things on the record. Again, that's not directed at you, but there are too many mistakes that are happening. There are too many problems that are happening.

I presume, Mr. Dana, it was probably not a pleasant morning for him from whatever time until 12:04, when I got an email, he would have liked to have known that his case was dismissed. There seems to be just a complete disregard for the impact this is having on the people who are getting arrested and then released or dismissed.

They are our fellow citizens. This is not how we treat criminals, we don't treat them that way. We certainly do not treat presumed innocent people this way, let alone people who are our fellow Americans. So just this sort of we'll arrest people, see what happens, what does the grand jury do, what does the magistrate judge do, are they going to have a hearing? Oh, if we're getting a little pushback, then we'll dismiss it, or we'll go to another court, we'll go to another grand jury.

This is not how it works. This system has worked for decades. Better or worse, it's worked. And now we're seeing things in the last ten days that are unprecedented. And again, there seems to be a complete disregard for the traumatic effect that's having not just on the city, its citizens, the court, the AUSAs who are working all night and day to satisfy some sort of, you know, whatever this fantasy is or idea that there's going to be some great showing.

There are consequences. And right now, Mr. Dana is suffering those consequences, and I want to know what time was a decision made to dismiss the case; when was that decision first made; why wasn't the Court informed prior to 12:04; and why we had to wait even after 12:04? Why wasn't the motion to dismiss filed then?

As I understand it, on the *Torez Riley* case, the U.S. Attorney's Office indicated that they learned on Friday that

they felt -- I believe the U.S. Attorney has said publicly that she learned on Friday that that case was wrongly charged and that she proudly said that she moved to dismiss the case as soon as she learned it.

Well, Mr. Riley didn't have his motion to dismiss filed until Monday. So what happened Friday, Saturday, Sunday, Monday morning? What happened then to Mr. Riley who is sitting in custody and waiting? Why is it that the U.S. Attorney's Office is available 24 hours a day to arrest people, but there seem to be only limited times that they're available to release people, or to consider whether or not their charges are righteous.

It doesn't make any sense to me. It should be not asymmetrical that only the punitive parts of the office are available, the carceral sides are available, but when it comes to doing the right thing for presumed innocent people, that then it's "when we get to it, we'll get to it." That simply is not going to work.

The office is, it's not fair for me to say that they're losing credibility, we're past that point. In my life as a federal prosecutor, and I will say decorated by the prior U.S. Attorneys, not myself, I have never then nor now seen in my life the volume of motions to dismiss federal criminal complaints.

There's something it means when someone says, "Don't

make this a federal case." Somehow that's been lost to the management of the United States Attorney's Office, because you do not charge cases and then figure it out afterwards, because this arrest is now on Mr. Dana's record that there's a federal arrest.

And so, as again, Ms. Mullin, I will direct you as I did in the *Riley* case, I would like a motion to consider whether or not -- I'm going to ask for briefing, we'll talk about the schedule as to whether or not this arrest should be expunged. Whether or not the misdemeanor charges are there, that's separate. The arrest was predicated on federal charges.

And it starts to raise grave concern if the United States Attorney's Office can continue to make probable cause arrests, then seek charges with very little information being provided to the Court, and then days or weeks later, then just say, well, we'll take it away, because then we're in a state in which the Constitution, the presumption of innocence, these notions of just basic liberty, you found a workaround.

And again, not you personally, but the office has found a workaround. I want to know what we're going to do to make sure this does not keep happening, because if they bring weak or bad cases, and we do not have all the information, what's to prevent them from just people getting rounded up on the streets, sent to the DC jail, they can be held for 48 hours, as we saw in the *Riley* case, as we saw in the *Cooper*

case, we've seen in the *Fontaine* case.

I mean, do you understand, before two weeks ago, I could not have told you in the last five years as a federal judge, or my 12 years as a federal prosecutor, the people that were just accidentally detained and then released because there was a screw-up.

Another AUSA said last week that you're just trying to work out the kinks. Well, you're not working out the kinks. You're working out the Mr. Danas, the Mr. Rileys, Mr. Coopers. These are people with names and rights. And it's not just, well, we've arrested -- I mean, I believe the U.S. Attorney's Office -- I don't know who tweeted this, "Make DC Safe Again, 1,761 total arrests, 195 illegal guns seized, September 3rd, 2025."

Somehow there was time found over the weekend to collect the stats, have the press releases, have the press conferences. Where's the stats on the people illegally detained? Where is the accountability for that? That needs to be answered. That should be a graver concern. For every Presidential appointee that I worked for under Presidents from Democratic and Republican administrations, including President Trump, there was never these problems.

So I don't know when all a sudden this became sort of that you have to break a few eggs to make an omelet, but this is not an egg, this is a human being. And this is not going to

work. Complaints will not be signed. If we -- we are now past the Rubicon. We cannot -- we're not just going to be things get sent to us, you're going to charge people, and then as more body-worn is watched or things like that, we'll turn this into Superior Court. We can also meet the United States Attorney's Office where it wants to be. We will have -- turn this court into Superior Court. We will have C-10 here. The officers will need to be here. We will not sign complaints. We will have officers come sit on the stand. We will hear all the exculpatory information, and then we will make our decisions.

The rush to get statistics and numbers to impress I don't know who in the Twittersphere or the Truth Social or the social media world, that's not going to work. The court is not simply here to be a social media tool or a -- some sort of way to just puff themselves up, people and the administration, to feel good that they're getting larger and larger numbers.

There is no margin for error when people's civil liberties are at stake, zero, none. Yet, here we are again. It's deja vu from last Monday where we're coming in here and we're saying, "Oh, my gosh. Well, we screwed up. Maybe this isn't a federal case. And so sorry, it's going to be on record."

And I'm sorry, Ms. Mullin. How long was your client in custody before he was released?

MS. MULLIN: Approximately a week, Your Honor. A

week.

THE COURT: I want to know. I want an answer from the United States Attorney or the Criminal Chief. What is being done -- what is their suggestion, that what should be done to a fellow citizen, a fellow American, a human being to remedy this harm, that someone was detained for a week on what now is a charge that is being dismissed federally and for which now is being charged as a misdemeanor in Superior Court.

And at a minimum, I would think that there should be an apology from the United States Attorney's Office. That's a minimum. Whether you have remedies of false imprisonment, I would think so. I think still the courts still appear to exist. That has not been -- there's no statistic for the amount of judges that have been canceled or the courts that have been removed or other civil liberties that have been destroyed.

But we are past "fool me once, shame on you." We're at now six, seven people. How many, Ms. Mullin, do you think it is? I mean, certainly the volume -- let me put it this way. In your experience as a public defender, have you ever in your life seen this scenario, because I have not, where cases continue to be brought, continue to be dismissed and people are just held in detention until someone gets around the time to do it.

Have you seen that, Ms. Mullin?

MS. MULLIN: No, Your Honor, and I've been a public defender here in the DMV area since two thousand -- (indiscernible.)

THE COURT: So I mean, I just -- if we just keep doing this, who's to blame, because it's not the United States Attorney's Office, it's the court. So we are now going to have to get to a place -- I mean, we were already at credibility was very low. As I said, I think there's no credibility left.

So now we have to get to a point where when charges are brought, we have to have officers brought here, and we will turn into Superior Court, because if the office continues to make federal cases out of charges that are not federal cases and then thinks that they can just move to dismiss and people will be detained for a week, it will be on their record that they had the complaint, it will be on their record that they did get arrested.

I mean, Ms. Mullin, again, my experience in this courthouse has been that that fundamentally alters the arc of someone's life to have a federal arrest record, a federal criminal complaint on their record.

Is that not your experience? Does that give you concern?

MS. MULLIN: Yes, it does, Your Honor.

THE COURT: So what's the plan? Is it an apology? Is it to -- again, I will seek briefing. Why is the government

not out of sheer embarrassment and shame seeking to dismiss with prejudice and to expunge the record, or is it simply nothing and screw Mr. Dana, he goes to jail for a week, I don't care who he is, and, you know what, lesson learned. The lesson learned isn't that the U.S. Attorney's Office made a mistake; the lesson for people like Mr. Dana, who look and sound like Mr. Dana, to realize to stay at home and be afraid, be very afraid of the people with guns roaming the streets, because if they see you and they think you've committed a crime, they can arrest you and hold you for 48 hours, they can bring charges with very little information before a magistrate judge, and then you can be detained for another week and then you'll be released a week later and it will still be on your record, and, you know what, lesson learned, be afraid.

I am afraid right now, and that's not what this country is founded on. We do not rule based on fear. We rule based on the rule of law. We rule based on being the best nation in the world. What makes America great is the rule of law. What makes America great is how we treat people who are accused of crimes. That's what makes America great. That's what distinguishes us. That's what caused my family and so many families to immigrate to this country because we believed in the rule of law. And it will not, on any of the judges in this courthouse, be broken down.

So if the United States Attorney wants to take this as

a new tactic to just arrest people and detain them, she will find the court will hold a line. And I know that the U.S. Attorney's Office is full of U.S. attorneys who are continuing to hold the line and fight to hold the line. And I give great credit to the courage of the AUSAs who stay there, because the court can't do it on its own. We need dedicated -- what other people call the deep state, I would call that principled AUSAs, principled Department of Justice employees, the ones who didn't get fired for no reason apparently. The ones who stay there, I am deeply grateful that you had the courage to come here today, stand in front of me and listen to me be appalled by what is happening in your office. That takes true courage.

When I was an AUSA, I'll tell you this, when the U.S. Attorney's Office had to dismiss cases, including in the first Trump administration, where they did things that they knew would be difficult, the Criminal Chief appeared, the United States Attorney appeared. They didn't send AUSAs to run over to the courthouse and get chewed out, because that's what leaders do. They lead from the front, not from behind, not from their office, not from social media. They come up here in court and say, "AUSA, you know what, our office screwed up. Let me" -- I've seen John Crabb, I saw Ken Kohl, come to this courthouse and get chewed out by judges, and they never once asked their AUSAs to do that.

I myself, when I was an AUSA, I got read the riot act

by the Chief Judge of that time, and Pat Martin came here and said, "Zia, you're sitting down. I'm going to go up there and get yelled at." That's what leaders do.

So I'm also baffled, where is the management of the United States Attorney's Office? Why is it that the room is not filled with your management right now here? I know last week when I refused to do something that the U.S. Attorney's Office wanted me to, the Criminal Chief and the Deputy Criminal Chief showed up.

So when it comes to try to argue with the judge and tell a judge they're doing the wrong thing, they show up, but when a line AUSA has to come in here and face the music for something that someone else did and someone else's mistake, has to look Mr. Dana in the eye, where is the rest of the office? Where is the management? Why is it that they have the time to issue the tweets and the social media and the press conferences and bring the guns over from the recent arrest that we had last week -- which I had never seen in my time as an AUSA that we brought the firearms and had a press conference. There seems to be time for that.

Where is the time to stand up for the line AUSAs and come to this courthouse so that they, who are working 24-hour shifts, are not the ones who are being forced to listen and be criticized, because -- I mean, last I checked, you are not the person who makes the charging decisions, correct? You require

supervisory approval; is that not correct?

MR. MULROE: Your Honor, yes. As a general matter, there is supervisory approval for all charges.

THE COURT: Okay. Well, let me ask you this. Did you, on your own, make a decision to dismiss this case?

MR. MULROE: Your Honor, I was authorized to dismiss this case.

THE COURT: Okay, great. I'm just very concerned that the people authorizing these decisions are not showing up when the decisions that are being made are shameful, that they don't have the dignity to come here and stand up in front of the Court, as has been the history of the United States Attorney's Office and the Department of Justice for years.

I'm absolutely just beyond words as to what is happening and that we are just acting like this is normal. This is not only abnormal, it is now we are at past the question of constitutional crisis and academic thinking.

This is not academic for Mr. Dana. It's not academic for Mr. Riley. It's not academic for Mr. Cooper. It's not academic for Ms. Rios, the people who have been illegally detained and lost. Mr. Fontaine, it is not academic. This is not hypothetical.

What is being done? It is implausible, illegal, immoral for one person in our country to be treated like this, and now we are getting into double digits. What is being done?

I need an answer from the U.S. Attorney's Office. It's not the daily 10 o'clock calls that my colleagues and I are having to make sure that as arrests are happening, they're correct.

What is being done to correct -- I want on a record -- on the record a filing today to answer the questions of what is being done by 5:00 p.m. today. What is being done to ensure this never happens again? What is being done to remedy what has happened today to Mr. Dana?

Ms. Mullin, I mean, I'm just beyond outraged that the court is being used and abused to detain people who are presumed innocent, and it is happening over and over again. I mean, I appreciate that you have civil remedies, but what amount of money, what amount of money undoes the harm?

How do we reestablish faith in people in DC that they're not going to be wrongly arrested, when the hobby, or whatever, the interest of the moment, if we move to Chicago or whatever city, Baltimore, or whatever next thing it is that catches the administration's interest, what are we, the people left here in Washington, DC, who have actually lived here, had to suffer through whatever is happening, how am I supposed to reestablish confidence in every defense lawyer and defendant that they are being treated fairly and rightly?

I have no idea how I'm supposed to do that. I already have an uphill battle to do that every day because people believe so little in the system, and I tell them the same thing

every day on the cases no one cares about. Don't judge me based on the uniform I'm wearing, just like I don't judge you based on the orange you're wearing. You want to be treated fairly and not judged on what everyone else that's sat in that chair, great, give me a chance.

How do I convince the next Mr. Dana who comes in here on what is hopefully a righteous case that he's not going to be treated unfairly? I don't know how to reestablish confidence.

So after this dalliance, this fun little hobby of playing police for people at the administration, playing cops and robbers like children is over, how do we, the city, continue on and try to reestablish confidence that the rule of law has not be flushed down the toilet?

I'm happy to hear whatever you have to say, Ms. Mullin.

MS. MULLIN: Your Honor, I would move the Court to dismiss Mr. Dana's -- the complaint with prejudice and to expunge his arrest for threats against the President.

Your Honor, the government should have known from the outset that this is not a threats against the President case under 18 U.S.C. 871. The Supreme Court law, the precedent on true threats is clear. It couldn't be clearer. I set --

THE COURT: Yeah.

MS. MULLIN: -- set forth the memorandum of law that I filed this morning. I mean, a 15-year-old would know that this

is not -- what he said about the President is not criminalized speech, is not threats against the President.

As a result of the government's willful, I would submit, misapprehension of the law, Mr. Dana was detained for over a week, then placed --

THE COURT: How is that possible? So -- but he was -- and this is the case that was appealed to the Chief Judge, is that it?

MS. MULLIN: Yes, Your Honor. The magistrate court denied the stay; however, he was held over the weekend so that his GPS monitor could be placed on him on Monday morning because we got out of court late on Friday.

THE COURT: GPS monitoring for what, but okay.

MS. MULLIN: Yes, the Chief Judge affirmed his release, but after all of that was said and done, he was held for a week, and then placed on strict conditions of release.

Luckily, he has the love and support of his case manager and other members of the community who came to court every single time we had to come to court, which was many, to support him. His case manager is here today. I'd like to acknowledge. She's one --

THE COURT: Who's that?

MS. MULLIN: -- of the best case managers I've ever met.

THE COURT: Hi. Can you stand? And what's her name?

UNIDENTIFIED SPEAKER: (Indiscernible).

THE COURT: Great. And what organization are you with?

UNIDENTIFIED SPEAKER: (Indiscernible).

THE COURT: Okay. Well, I can't thank you enough. I mean, the one thing that I've learned from our reentry court is that we are at the total mercy of community organizations, nonprofits, religious organizations. I cannot tell you how many have filled in the gaps for our system that has only resources to incarcerate and nothing else.

So thank you for your dedication and commitment to Mr. Dana. It is extraordinary, it sounds like, how involved you've been.

MS. MULLIN: Your Honor, so I just wanted to underscore that point that this never should have been brought in federal court under threats against the President. It was obvious from the outset.

Again, his statements were recorded, and any lawyer looking at that should know that this was not an 18 U.S.C. 871. So we'd move to dismiss with prejudice, and to expunge his arrest record.

THE COURT: Well, let's set a briefing schedule. I'm not going to do it right now, because, I mean, I still believe in the rule of law. I think that they should have an opportunity -- so that's separate from the filing of what I --

I told them by 5:00 p.m. today I want an answer to what is being done to remedy the harm of what has happened in this court.

And then I want by 5:00 p.m. today an answer as to also how you intend to proceed -- well, let's get it very clear. I want to know by 5:00 p.m. today why there was nothing filed earlier to dismiss the case.

I also want to know why -- it should have been no later than the time an information was filed in Superior Court. I'm not asking to get involved in whatever internal deliberations happen in your office. I think, like Ms. Mullin indicated, it seems like this was something you could have figured out within a week, but I'm not asking for privileged attorney communications.

I want to know why at the time the information was filed this morning, immediately at that same time, concurrently, there was not a motion to dismiss. I want to know what is being done. Does the U.S. Attorney's Office have any intention to do anything to remedy what has happened to Mr. Dana, through an apology, through a motion to dismiss that's with prejudice, or simply if it's a motion to dismiss, and that's fine, if that's what it is, that's fine.

And then I want -- if it is not to dismiss the case with prejudice, if it is not to expunge the arrest -- which are two different things, right? You can both expunge the arrest

and still not dismiss the case with prejudice, or you could say we're going to expunge the arrest, but we will continue to seek to dismiss without prejudice, or you could do both.

So if it is not both to dismiss with prejudice or expunge the arrest warrant, then I want a memorandum of law. I presume you can crib much of the language from the *Torez Riley* case by Monday from the United States Attorney's Office explaining why the case should not be dismissed without prejudice and why the case should not -- the arrest should not be expunged.

How long would you like to respond, Ms. Mullin?

MS. MULLIN: Well, as the Court referenced, I drafted the *Torez Riley* briefing, so I can respond within --

THE COURT: Do you want to say that Friday?

MS. MULLIN: Friday is fine.

THE COURT: Okay. So September 12, the defense will file any -- it's a response and any replies I'd want by the -- let's say the 16th. Is that -- you've got the briefing schedule? We'll put it in the minute entry as well.

OFFICER DAHLKOETTER: (Indiscernible.)

THE COURT: Yes, Ms. Dahlkoetter. Just another collateral damage. We're wasting pretrial services' time. Go ahead.

MR. MULROE: Yes, Your Honor. I believe I got down what the Court is requesting responses on and the timeline of

the briefing schedule. I would just appreciate if it's in the minute order just so I have something in writing to show my management.

And also earlier Your Honor mentioned what I'm going to call bigger picture questions about sort of what's being done to prevent things from happening.

THE COURT: Yes.

MR. MULROE: Well, do you anticipate that that will be part of --

THE COURT: Part of the minute entry, yes.

MR. MULROE: Okay.

THE COURT: I want an answer as to what we're going to do so we -- we cannot have one mistake, but we've had multiple mistakes. And I'm just -- I need to get some sort of fidelity, and I think, again, I will talk to colleagues, and if the answer is, we're doing our best, as the AUSA said last week, "we're working out the kinks," then we're going to work out the kinks in court in every case and the judges will work around the clock too.

You should not be the person who's working around the clock only. I will work around the clock gladly, if that means that we do not have another Mr. Dana.

MR. MULROE: Thank you, Your Honor. Fully appreciate your concerns.

THE COURT: Yep.

MR. MULROE: I've been taking notes. I intend to convey that to my office. I want to note one very small thing, not at all suggesting this --

THE COURT: No, please.

MR. MULROE: -- you know, mitigates your concerns. In the case of Mr. Dana, his original arrest was for a DC Code offense. He was taken into custody on that, and then while in custody, the conduct underlying the federal charge happened. So don't dispute that --

THE COURT: No, I understand.

MR. MULROE: -- that federal charge prolonged his detention, but the initial arrest was on a different offense.

THE COURT: Understood. Yes, I understand he was arrested for being intoxicated in a restaurant and they wanted him out, so then they arrest him. And while he was in the car, they allege that he made what the government at the time thought were federal threats. Correct?

MR. MULROE: Again, not suggesting this is -- (indiscernible) -- important to what we're doing today, but the arrest initially was for destruction of property at the restaurant.

THE COURT: Yeah. And then while he's in the police car, and it's on camera, he makes statements, while drunk, I think most people would suggest -- or whatever. That's irrelevant. He made statements, and those were -- when was the

decision made to then charge the federal?

MR. MULROE: The complaint was signed on Tuesday.

THE COURT: And when was -- when was that detention?

MR. MULROE: The detention hearing --

THE COURT: When was the stop on the destruction of property?

MR. MULROE: It was Sunday night, late Sunday night.

THE COURT: So between Sunday night and Tuesday morning, he was charged. That's fine. You can sit down.

MR. MULROE: Thank you, Your Honor.

THE COURT: So between Sunday night and Tuesday morning, someone watched that video and made a decision that they wanted -- they believed that was a federal charge?

Do you have any other suggestions, Ms. Mullin, on things that can be done to prevent this? I mean, your job is not to be the United States Attorney, the Criminal Chief, but when I'm lacking people there who have concerns about how DC residents are being unfairly treated, I need some advice or guidance from somebody.

MS. MULLIN: Your Honor --

THE COURT: Besides "don't charge people," which that part, I understand, that's always your refrain, but anything else that you can think of?

MS. MULLIN: Your Honor, first, I'd like to complete the record on people who are working around the clock. The

public defenders are working around the clock.

THE COURT: Oh, yeah. Well, yeah, don't even get me started. The Public Defender's Office, yes. I mean --

MS. MULLIN: We're exhausted, and we don't have the resources of the U.S. Attorney's Office.

THE COURT: Yes. Unlike -- unlike, during the January 6 times, when I'm sure the last administration was not finding favorable to defendants in that case, they made sure -- I remember. I saw it. I commented many times that public defenders, court-appointed counsel, there were resources provided from across the country to support you all.

We have the same volume of cases; yet, for some reason, this administration has made no effort, from what I can see, to provide additional resources to the Public Defender's Office. In fact, as I understand it, the public defenders at some point are going to be full up. And when they can't -- they don't have the resources to defend a case, again, still for now today, on August -- I'm sorry. I don't even know what day it is -- September 4th, we still have a constitutional democracy, we still have a Bill of Rights. The Sixth Amendment still, for now, means something, although it may not to people in positions of authority in this administration.

So when that -- when we get past that Rubicon, we'll see again. We'll continue to test. Like a child, we keep having people testing and testing to see how much can the court

handle, how much can the Constitution handle?

But for now, we will continue to handle what we can. But yet, you're right. You all are working harder than anybody. How many federal public defenders are there in your office, Ms. Mullin, do you estimate?

MS. MULLIN: Currently, there are nine who are in District Court.

THE COURT: So there's nine in District Court, and there's what, 70 or some federal AUSAs and 20 JAGs, you indicated to me are coming to support them?

MS. MULLIN: Yes, Your Honor.

THE COURT: That math doesn't really add up. If it's supposed to be a fair system, you would think that there would also be resources provided to Public Defender's Office.

So I sympathize. I've seen emails from you and your colleagues in the middle of the night, much like AUSAs, and so, yes, I don't in any way want to minimize the amount of Herculean effort that you all have put forward, remarkably, and while still fighting vigorously for each one of your clients. It's truly extraordinary.

MS. MULLIN: I didn't answer the Court's question, though. We are gathering data within our office, trying to determine sort of the numbers of when the arrest day occurs, when the defendant first sees a judge, so we're working internally on the issue of over-detention.

THE COURT: You're now the inspector general for the Department of Justice.

MS. MULLIN: We're -- well, we're doing that on behalf of our clients to address the situation the Court has raised.

THE COURT: Well, I look forward, as do my colleagues, I'm sure, but I am acutely concerned because I have had to face Mr. Riley. I have had to face Mr. Dana.

So, Mr. Dana, on behalf of the court, I apologize.

THE DEFENDANT: Thank you, Your Honor. I appreciate that. And I apologize too.

THE COURT: It should never have gotten to this point. We have not learned our lesson from Monday. I don't even know what day it was. Right, it was last Monday? Yeah, August 25th.

So here we are, and the kinks, as the U.S. Attorney's Office said, have still not been worked out. So if you all have proposals, I'm happy to hear from you.

I mean, I'm at a point where I don't -- I'm not getting any -- I'm not getting the information or help that I need from the United States Attorney or the Attorney General, so we have to figure out -- either we have to figure it out on our own or ask them to come to court to advise us what we're going to do so that when charges are made, they are charges that the United States Attorney's Office believes in.

And I don't think it's simply -- it's not simply

enough to say, oh, the grand jurors are not charging cases. That is not -- the United States Attorney's manual, the Justice Manual indicates that charges should only be brought for cases that the government believes they can prove beyond a reasonable doubt, not for cases for which there is probable cause, because, again, the United States Attorney's Office, the Department of Justice, they're supposed to be -- wear the white hats. They're supposed to be the people who are doing right, always, and so, they never bring cases that -- I mean, your own guidance says, and those were marching orders that were beat into my head by my mentors in that office and every U.S. Attorney's Office, is that you bring cases for which you are certain.

So perhaps they should, if nothing else, change the Justice Manual to say that they can charge cases just for whenever they think that they can make the bare minimum, and it's not -- I mean, why is it still in the Justice Manual? You can change it. It's the Attorney General's prerogative to say that they will only charge cases that are brought for which they can prove beyond a reasonable doubt, because I don't think anyone could have thought this case would have been proved beyond a reasonable doubt.

And whatever the grand juries are doing, that's irrelevant to the thoughtful decisions the U.S. Attorney's Office should be making on whether or not they're following the

U.S. Attorney's manual. And for now, again, that has not been suspended. We continue to have a grand jury, and it is -- it is truly, as I said last week, Ms. Mullin, the greatest irony of all that the occupying force is at the mercy of the occupants. And so we'll continue to have grand jurors from our city, the occupants will decide if the charges are righteous or not, because that's what the founders -- I mean, this administration is so fond of the history of the founders, and they've so lionized the founders, so let's lionize all of what the founders did.

They created a system where average everyday Americans would get to decide what the state with its police power could do. And thank God they had the vision to do that and leave that power not to unelected judges in robes, not to unelected prosecutors, but to everyday Americans to decide.

And it appears that they have taken that charge quite seriously, and they will not be the only ones to take it seriously; the court will also do that.

I don't have anything else, Ms. Mullin. Wish best of luck to your client, and that you are able to continue to manage the incredible caseload that you are bearing. I hope you get additional resources, and, if not, again, it will come to a head where the court will again have to get involved.

Is there anything else on behalf of Mr. Dana?

MS. MULLIN: No, Your Honor.

THE DEFENDANT: Thank you.

THE COURT: Again, I appreciate the work that you are doing. I appreciate your courage in coming here. I hope that -- when I was an AUSA, as I said, I never had to do it on my own. I had my Criminal Chief come with me. I've had -- seen the U.S. Attorney come to hearings, and so I applaud your courage for coming here. I applaud you for moving to dismiss and signing the documents with your name, and for continuing to do your best efforts to uphold what the Justice Manual and the Constitution requires.

Is there anything else on behalf of the United States?

MR. MULROE: Your Honor, thank you. Just as a formal matter, I take it from the Court's order of further briefing on this that the oral motion to dismiss is not being granted at this time.

THE COURT: I'm going to grant the oral motion to dismiss without -- no. We cannot wait a second longer for this sword of Damocles to be hanging over his head. The case will be dismissed without prejudice as of now. I will enter that in my minute entry with a minute order, and that we are now going to then separately brief subsequently what will be done as to the arrest, and that's a separate question, as to what will be done as to whether or not this is dismissed without prejudice.

MR. MULROE: Thank you for clarifying that.

Nothing more from the government.

THE COURT: Thank you.

Parties are excused.

DEPUTY CLERK: All rise. Court is adjourned.

(Proceedings concluded at 1:22 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the digital record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 4th day of September, 2025.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER

## /

**/s** [1] - 31:13

## 1

**1,761** [1] - 8:13
**10** [1] - 16:2
**12** [2] - 8:4, 21:16
**12:04** [5] - 2:14, 3:25, 4:21, 5:21, 5:22
**12:30** [1] - 2:16
**12:44** [2] - 1:11, 2:1
**15-year-old** [1] - 17:25
**16th** [1] - 21:18
**18** [2] - 17:21, 19:19
**195** [1] - 8:13
**1:22** [2] - 1:11, 31:4
**1:25-mj-00152-MAU** [1] - 1:5

## 2

**20** [1] - 26:9
**20001** [1] - 1:24
**20004** [1] - 1:19
**20005** [1] - 1:16
**2025** [3] - 1:11, 8:14, 31:11
**24** [1] - 6:9
**24-hour** [2] - 4:8, 14:22
**25-152** [1] - 2:3
**25th** [1] - 27:14

## 3

**333** [1] - 1:24
**3rd** [1] - 8:13

## 4

**4** [1] - 1:11
**48** [3] - 3:8, 7:24, 12:10
**4th** [2] - 25:19, 31:11

## 5

**500** [1] - 1:18
**5:00** [4] - 16:6, 20:1, 20:4, 20:6

## 6

**6** [1] - 25:7
**601** [1] - 1:15
**625** [1] - 1:18

## 7

**70** [1] - 26:9

## 8

**871** [2] - 17:21, 19:20

## A

**able** [1] - 29:20
**abnormal** [1] - 15:16
**above-entitled** [1] - 31:9
**absolutely** [1] - 15:14
**abused** [1] - 16:10
**academic** [6] - 15:17, 15:18, 15:19, 15:20, 15:21
**accidentally** [1] - 8:5
**accountability** [1] - 8:18
**accurate** [1] - 31:8
**accused** [1] - 12:20
**acknowledge** [1] - 18:21
**act** [1] - 13:25
**acting** [1] - 15:15
**acutely** [1] - 27:6
**add** [1] - 26:12
**additional** [2] - 25:14, 29:22
**address** [1] - 27:4
**adjourned** [1] - 31:3
**administration** [7] - 9:15, 13:15, 17:10, 25:7, 25:13, 25:22, 29:8
**administration's** [1] - 16:18
**administrations** [1] - 8:21
**advice** [1] - 24:18
**advise** [1] - 27:22
**affirmed** [1] - 18:14
**afraid** [4] - 12:7, 12:8, 12:14, 12:15
**afternoon** [4] - 2:2, 2:7, 2:10, 2:12
**afterwards** [1] - 7:3
**Agency** [1] - 2:13
**ago** [1] - 8:2
**ahead** [1] - 21:23
**ALEXANDER** [1] - 1:6
**allege** [1] - 23:16
**alone** [1] - 5:3
**alters** [1] - 11:18
**Amendment** [1] - 25:20
**America** [4] - 2:3, 12:18, 12:19, 12:20
**AMERICA** [1] - 1:3
**American** [1] - 10:5
**Americans** [3] - 5:4, 29:11, 29:15
**amount** [4] - 10:14, 16:13, 26:17
**ANN** [1] - 1:18
**answer** [9] - 4:16, 10:2, 16:1, 16:5, 20:1, 20:4, 22:12, 22:16, 26:21
**answered** [1] - 8:19
**answers** [1] - 4:15
**anticipate** [1] - 22:8
**apologize** [2] - 27:8, 27:10
**apologizes** [1] - 2:19
**apology** [3] - 10:10, 11:24, 20:20
**appalled** [1] - 13:11
**appealed** [1] - 18:7
**appear** [1] - 10:12
**appeared** [2] - 13:16, 13:17
**applaud** [2] - 30:6, 30:7
**appointed** [1] - 25:10
**appointee** [1] - 8:20
**appreciate** [6] - 16:12, 22:1, 22:23, 27:9, 30:2, 30:3
**appreciating** [1] - 3:7
**approval** [2] - 15:1, 15:3
**arc** [1] - 11:18
**area** [1] - 11:2
**argue** [1] - 14:10
**arising** [1] - 2:23
**arrest** [23] - 5:5, 6:9, 7:4, 7:5, 7:9, 7:11, 11:19, 12:10, 13:1, 14:17, 17:18, 19:21, 20:24, 20:25, 21:2, 21:5, 21:9, 23:6, 23:12, 23:15, 23:20, 26:23, 30:22
**arrested** [5] - 4:24, 8:11, 11:16, 16:15, 23:14
**arrests** [3] - 7:14, 8:13, 16:3
**asymmetrical** [1] - 6:14
**attorney** [1] - 20:14
**Attorney** [9] - 6:1, 10:3, 12:25, 13:17, 24:16, 27:20, 28:18, 30:6
**Attorney's** [26] - 3:1, 5:25, 6:8, 7:2, 7:13, 8:11, 9:5, 10:10, 11:6, 12:5, 13:3, 13:14, 14:5, 14:7, 15:12, 16:1, 20:18, 21:7, 25:5, 27:15, 27:24, 28:2, 28:6, 28:12, 28:24, 29:1
**Attorneys** [1] - 6:22
**attorneys** [1] - 13:3
**August** [2] - 25:18, 27:13
**AUSA** [9] - 4:9, 8:7, 13:13, 13:21, 13:25, 14:12, 14:18, 22:16, 30:4
**AUSAs** [9] - 4:7, 5:15, 13:5, 13:7, 13:17, 13:24, 14:21, 26:9, 26:16
**authority** [1] - 25:22
**authorized** [2] - 3:8, 15:6
**authorizing** [1] - 15:9
**available** [4] - 6:9, 6:10, 6:15
**Avenue** [2] - 1:18, 1:24
**average** [1] - 29:11

## B

**bad** [1] - 7:22
**baffled** [1] - 14:4
**Baltimore** [1] - 16:17
**bare** [1] - 28:16
**based** [5] - 12:16, 12:17, 17:2, 17:3
**basic** [1] - 7:18
**basis** [1] - 2:24
**battle** [1] - 16:24
**bearing** [1] - 29:21
**beat** [1] - 28:10
**became** [1] - 8:23
**BEFORE** [1] - 1:10
**behalf** [6] - 2:11, 2:13, 27:3, 27:8, 29:24, 30:11
**behind** [1] - 13:19
**believes** [2] - 27:24, 28:4
**best** [6] - 4:13, 12:17, 18:23, 22:16, 29:19, 30:9
**better** [1] - 5:11
**between** [2] - 24:8, 24:11
**beyond** [5] - 15:14, 16:9, 28:4, 28:20, 28:22
**bigger** [1] - 22:5
**Bill** [1] - 25:20
**blame** [1] - 11:5
**body** [1] - 9:4
**body-worn** [1] - 9:4
**break** [1] - 8:24
**breaking** [1] - 2:19
**brief** [1] - 30:21
**briefing** [7] - 7:8, 11:25, 19:22, 21:13, 21:18, 22:1, 30:13
**bring** [5] - 7:21, 12:10, 14:17, 28:9, 28:12
**Britney** [2] - 1:21, 2:13
**broken** [1] - 12:24
**brought** [7] - 10:22, 11:10, 14:19, 19:15, 28:3, 28:19
**busy** [3] - 4:1, 4:3
**BY** [2] - 1:15, 1:18

## C

**C-10** [1] - 9:7
**camera** [1] - 23:23
**cancel** [2] - 3:3, 3:4
**canceled** [1] - 10:14
**cannot** [4] - 9:2, 19:8, 22:13, 30:17
**car** [2] - 23:15, 23:23
**carceral** [1] - 6:15
**care** [1] - 12:4
**cares** [1] - 17:1
**Case** [1] - 2:3
**CASE** [1] - 1:5
**case** [32] - 2:15, 4:22, 5:20, 5:24, 6:2, 6:3, 7:1, 7:7, 7:25, 8:1, 9:21, 15:5, 15:7, 17:7, 17:20, 18:7, 18:17, 18:20, 18:23, 20:7, 20:23, 21:1, 21:7, 21:8, 21:9, 22:18, 23:6, 25:8, 25:17, 28:21, 30:18
**caseload** [1] - 29:21
**cases** [15] - 7:3, 7:22, 10:21, 11:12, 13:14, 17:1, 25:12, 28:1, 28:3, 28:5, 28:9, 28:12, 28:15, 28:19
**catches** [1] - 16:18
**caused** [1] - 12:21
**certain** [2] - 2:23,

28:13
**certainly** [2] - 5:2, 10:19
**CERTIFICATE** [1] - 31:6
**Certified** [1] - 1:23
**certify** [1] - 31:8
**chair** [1] - 17:5
**chance** [1] - 17:5
**change** [2] - 28:14, 28:18
**charge** [11] - 7:3, 9:3, 10:7, 23:8, 23:11, 24:1, 24:13, 24:21, 28:15, 28:19, 29:16
**charged** [3] - 6:2, 10:8, 24:9
**charges** [14] - 3:2, 3:19, 6:11, 7:10, 7:11, 7:14, 11:9, 11:12, 12:10, 15:3, 27:23, 28:3, 29:6
**charging** [3] - 2:22, 14:25, 28:1
**checked** [1] - 14:24
**chewed** [2] - 13:18, 13:23
**Chicago** [1] - 16:16
**Chief** [9] - 10:3, 13:16, 14:1, 14:8, 14:9, 18:7, 18:14, 24:16, 30:5
**child** [1] - 25:24
**children** [1] - 17:11
**citizen** [1] - 10:5
**citizens** [2] - 5:1, 5:14
**city** [4] - 5:14, 16:17, 17:11, 29:6
**civil** [3] - 9:17, 10:15, 16:12
**clarifying** [1] - 30:24
**clear** [3] - 4:6, 17:22, 20:6
**clearer** [1] - 17:22
**CLERK** [2] - 2:2, 31:3
**client** [2] - 9:23, 29:20
**clients** [2] - 26:19, 27:4
**clock** [5] - 22:19, 22:21, 24:25, 25:1
**Code** [1] - 23:6
**collateral** [1] - 21:22
**colleague** [1] - 4:7
**colleagues** [4] - 16:2, 22:15, 26:16, 27:5
**collect** [1] - 8:16
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 1:17, 31:8
**coming** [4] - 9:19, 26:10, 30:3, 30:7
**commented** [1] - 25:9
**commitment** [1] - 19:11
**committed** [1] - 12:9
**communications** [1] - 20:14
**community** [2] - 18:18, 19:7
**complaint** [8] - 2:25, 3:6, 3:9, 3:13, 11:15, 11:20, 17:17, 24:2
**complaints** [3] - 6:24, 9:1, 9:8
**complete** [3] - 4:23, 5:13, 24:24
**concern** [3] - 7:12, 8:19, 11:22
**concerned** [2] - 15:8, 27:6
**concerns** [3] - 22:24, 23:5, 24:17
**concluded** [1] - 31:4
**concurrently** [1] - 20:17
**conditions** [1] - 18:16
**conduct** [1] - 23:8
**conference** [1] - 14:19
**Conference** [1] - 31:9
**conferences** [2] - 8:17, 14:16
**confidence** [3] - 16:21, 17:8, 17:12
**conformance** [1] - 31:9
**Conor** [1] - 2:7
**CONOR** [1] - 1:15
**consequences** [2] - 5:18, 5:19
**consider** [2] - 6:11, 7:7
**Constitution** [4] - 1:24, 7:17, 26:1, 30:10
**constitutional** [2] - 15:17, 25:19
**continue** [10] - 7:13, 10:22, 17:12, 21:2, 25:24, 26:2, 29:2, 29:5, 29:20
**continues** [1] - 11:11
**continuing** [2] - 13:3, 30:8
**convened** [1] - 2:21
**convey** [1] - 23:2
**convince** [1] - 17:6
**Cooper** [2] - 7:25, 15:19
**coopers** [1] - 8:9
**cops** [1] - 17:10
**correct** [5] - 14:25, 15:1, 16:3, 16:4, 23:17
**counsel** [1] - 25:10
**country** [4] - 12:16, 12:22, 15:24, 25:11
**courage** [5] - 13:5, 13:10, 13:12, 30:3, 30:7
**COURT** [46] - 1:1, 2:9, 2:14, 3:14, 3:18, 3:23, 10:2, 11:4, 11:24, 15:4, 15:8, 17:23, 18:6, 18:13, 18:22, 18:25, 19:2, 19:5, 19:22, 21:14, 21:16, 21:21, 22:7, 22:10, 22:12, 22:25, 23:4, 23:10, 23:13, 23:22, 24:3, 24:5, 24:8, 24:11, 24:21, 25:2, 25:6, 26:8, 26:12, 27:1, 27:5, 27:11, 30:2, 30:16, 31:1, 31:14
**Court** [24] - 1:23, 2:1, 2:22, 3:2, 3:11, 3:12, 3:15, 5:21, 7:15, 9:5, 9:7, 10:8, 11:11, 15:12, 17:16, 17:21, 20:9, 21:12, 21:25, 26:7, 26:8, 27:4, 31:7, 31:7
**court** [24] - 5:8, 5:14, 9:6, 9:13, 11:6, 13:2, 13:6, 13:21, 16:10, 18:9, 18:12, 18:18, 18:19, 19:6, 19:16, 20:3, 22:18, 25:10, 25:25, 27:8, 27:22, 29:18, 29:23, 31:3
**Court's** [2] - 26:21, 30:13
**court-appointed** [1] - 25:10
**courthouse** [5] - 11:18, 12:24, 13:18, 13:23, 14:22
**courts** [2] - 10:12, 10:14
**Crabb** [1] - 13:22
**created** [2] - 4:1, 29:11
**credibility** [3] - 6:20, 11:7, 11:8
**credit** [1] - 13:5
**crib** [1] - 21:6
**crime** [1] - 12:9
**crimes** [1] - 12:20
**Criminal** [6] - 10:3, 13:16, 14:8, 24:16, 30:5
**criminal** [2] - 6:23, 11:20
**criminalized** [1] - 18:1
**criminals** [1] - 5:2
**crisis** [1] - 15:17
**criticized** [1] - 14:24
**CRR** [1] - 31:13
**custody** [4] - 6:8, 9:24, 23:7, 23:8

## D

**Dahlkoetter** [3] - 1:21, 2:13, 21:21
**DAHLKOETTER** [2] - 2:12, 21:20
**daily** [1] - 16:2
**dalliance** [1] - 17:9
**damage** [1] - 21:22
**Damocles** [1] - 30:18
**Dana** [20] - 2:4, 2:11, 3:9, 4:20, 5:18, 12:3, 12:6, 12:7, 14:14, 15:18, 16:8, 17:6, 18:4, 19:12, 20:20, 22:22, 23:6, 27:7, 27:8, 29:24
**DANA** [1] - 1:6
**Dana's** [1] - 7:4
**dana's** [1] - 17:17
**Danas** [1] - 8:9
**data** [1] - 26:22
**Dated** [1] - 31:11
**days** [2] - 5:12, 7:15
**DC** [12] - 1:12, 1:16, 1:19, 1:24, 2:22, 3:11, 7:24, 8:12, 16:14, 16:19, 23:6, 24:17
**decades** [1] - 5:11
**decide** [3] - 29:6, 29:12, 29:15
**decision** [6] - 3:25, 5:20, 15:5, 24:1, 24:12
**decisions** [5] - 9:10, 14:25, 15:9, 15:10, 28:24
**decorated** [1] - 6:21
**dedicated** [1] - 13:6
**dedication** [1] - 19:11
**deep** [1] - 13:7
**deeply** [1] - 13:10
**defend** [1] - 25:17
**defendant** [4] - 2:23, 3:19, 16:21, 26:24
**Defendant** [1] - 1:7
**DEFENDANT** [3] - 1:17, 27:9, 30:1
**defendants** [1] - 25:8
**Defender** [1] - 1:17
**defender** [2] - 10:20, 11:2
**Defender's** [3] - 25:3, 25:14, 26:14
**defenders** [4] - 25:1, 25:10, 25:15, 26:4
**defense** [2] - 16:21, 21:16
**deja** [1] - 9:19
**deliberations** [1] - 20:11
**democracy** [1] - 25:20
**Democratic** [1] - 8:21
**denied** [1] - 18:10
**Department** [5] - 1:14, 13:8, 15:13, 27:2, 28:7
**Deputy** [1] - 14:8
**DEPUTY** [2] - 2:2, 31:3
**destroyed** [1] - 10:16
**destruction** [2] - 23:20, 24:5
**detain** [2] - 13:1, 16:10
**detained** [7] - 8:5, 8:18, 10:6, 11:14, 12:12, 15:21, 18:4
**detention** [5] - 10:23, 23:12, 24:3, 24:4, 26:25
**determine** [1] - 26:23
**development** [1] - 2:19
**different** [2] - 20:25, 23:12
**difficult** [1] - 13:16
**Digital** [1] - 1:25
**digital** [1] - 31:8
**digits** [1] - 15:25
**dignity** [1] - 15:11
**Diplomate** [1] - 1:22
**direct** [1] - 7:6
**directed** [2] - 4:14, 4:18
**dismiss** [27] - 3:5,

3:9, 3:18, 5:8, 5:20, 5:23, 6:3, 6:5, 6:23, 11:13, 12:1, 13:14, 15:5, 15:6, 17:17, 19:20, 20:7, 20:17, 20:20, 20:21, 20:23, 21:1, 21:3, 21:4, 30:7, 30:14, 30:17
**dismissal** [1] - 3:12
**dismissed** [7] - 4:23, 4:25, 10:7, 10:22, 21:8, 30:19, 30:23
**dispute** [1] - 23:9
**disregard** [2] - 4:23, 5:13
**distinguishes** [1] - 12:21
**district** [1] - 3:10
**DISTRICT** [2] - 1:1, 1:1
**District** [5] - 1:17, 26:7, 26:8, 31:7
**DMV** [1] - 11:2
**documents** [1] - 30:8
**done** [15] - 10:4, 15:23, 15:25, 16:4, 16:6, 16:7, 18:15, 20:2, 20:18, 22:6, 24:15, 30:21, 30:23
**double** [1] - 15:25
**doubt** [3] - 28:5, 28:20, 28:22
**down** [6] - 4:14, 12:24, 14:2, 17:13, 21:24, 24:9
**drafted** [1] - 21:12
**drunk** [1] - 23:23
**during** [1] - 25:6

## E

**Edward** [2] - 2:4, 2:11
**EDWARD** [1] - 1:6
**effect** [1] - 5:13
**effort** [2] - 25:13, 26:18
**efforts** [1] - 30:9
**egg** [1] - 8:25
**eggs** [1] - 8:24
**either** [1] - 27:21
**elected** [1] - 3:1
**Elizabeth** [1] - 2:10
**ELIZABETH** [1] - 1:18
**email** [1] - 4:22
**emailed** [1] - 2:15
**emails** [2] - 4:17, 26:15
**embarrassment** [1] - 12:1
**employees** [1] - 13:8
**ensure** [1] - 16:6
**enter** [1] - 30:19
**entitled** [1] - 31:9
**entry** [3] - 21:19, 22:10, 30:20
**episode** [1] - 2:24
**error** [1] - 9:17
**estimate** [1] - 26:5
**everyday** [2] - 29:11, 29:15
**exact** [1] - 3:16
**exculpatory** [1] - 9:10
**excuse** [1] - 3:10
**excused** [1] - 31:2
**exhausted** [1] - 25:4
**exist** [1] - 10:13
**expected** [1] - 4:11
**experience** [3] - 10:20, 11:17, 11:21
**explaining** [1] - 21:8
**expunge** [7] - 12:2, 17:18, 19:20, 20:24, 20:25, 21:2, 21:5
**expunged** [2] - 7:10, 21:10
**extraordinary** [2] - 19:12, 26:20
**eye** [1] - 14:14

## F

**face** [3] - 14:12, 27:6, 27:7
**fact** [1] - 25:15
**fair** [2] - 6:19, 26:13
**fairly** [2] - 16:22, 17:4
**faith** [1] - 16:14
**false** [1] - 10:11
**families** [1] - 12:22
**family** [1] - 12:21
**fantasy** [1] - 5:16
**FARUQUI** [1] - 1:10
**favor** [1] - 3:9
**favorable** [1] - 25:8
**fear** [1] - 12:16
**Federal** [2] - 1:17, 31:7
**FEDERAL** [1] - 31:14
**federal** [24] - 1:23, 2:24, 3:2, 3:9, 6:21, 6:23, 7:1, 7:4, 7:11, 8:3, 8:4, 9:21, 11:12, 11:19, 19:16, 23:8, 23:11, 23:17, 24:1, 24:13, 26:4, 26:9
**federally** [1] - 10:7
**fellow** [4] - 5:1, 5:4, 10:5
**felt** [1] - 6:1
**few** [1] - 8:24
**fidelity** [1] - 22:14
**fight** [1] - 13:4
**fighting** [1] - 26:19
**figure** [3] - 7:3, 27:21
**figured** [1] - 20:13
**file** [3] - 3:5, 3:14, 21:17
**filed** [7] - 2:22, 5:23, 6:6, 17:25, 20:7, 20:9, 20:16
**filing** [2] - 16:5, 19:25
**filled** [2] - 14:6, 19:9
**fine** [4] - 20:22, 21:15, 24:9
**firearms** [1] - 14:19
**fired** [1] - 13:9
**first** [4] - 5:21, 13:14, 24:24, 26:24
**five** [1] - 8:3
**flushed** [1] - 17:13
**following** [1] - 28:25
**fond** [1] - 29:8
**Fontaine** [2] - 8:1, 15:21
**fool** [1] - 10:17
**FOR** [3] - 1:1, 1:14, 1:17
**force** [1] - 29:4
**forced** [1] - 14:23
**foregoing** [1] - 31:8
**formal** [1] - 30:12
**format** [1] - 31:9
**forth** [1] - 17:24
**forward** [2] - 26:18, 27:5
**founded** [1] - 12:16
**founders** [4] - 29:7, 29:8, 29:9, 29:10
**Friday** [6] - 5:25, 6:2, 6:6, 18:12, 21:14, 21:15
**front** [3] - 13:11, 13:19, 15:11
**full** [2] - 13:3, 25:16
**fully** [1] - 22:23
**fun** [1] - 17:9
**fundamentally** [1] - 11:18

## G

**gaps** [1] - 19:9
**gathering** [1] - 26:22
**general** [2] - 15:2, 27:1
**General** [1] - 27:20
**General's** [1] - 28:18
**gladly** [1] - 22:21
**God** [1] - 29:13
**gosh** [1] - 9:20
**GOVERNMENT** [1] - 1:14
**government** [8] - 2:6, 2:19, 3:11, 11:25, 17:19, 23:16, 28:4, 30:25
**government's** [1] - 18:3
**GPS** [2] - 18:11, 18:13
**grand** [6] - 5:5, 5:9, 28:1, 28:23, 29:2, 29:5
**grant** [1] - 30:16
**granted** [1] - 30:14
**grateful** [1] - 13:10
**grave** [1] - 7:12
**graver** [1] - 8:19
**great** [8] - 5:17, 12:18, 12:19, 12:20, 13:4, 15:8, 17:5, 19:2
**greatest** [1] - 29:3
**guidance** [2] - 24:19, 28:10
**guns** [3] - 8:13, 12:8, 14:17

## H

**handle** [3] - 26:1, 26:2
**hanging** [1] - 30:18
**happy** [2] - 17:14, 27:17
**harder** [1] - 26:3
**harm** [3] - 10:6, 16:13, 20:2
**hats** [1] - 28:8
**head** [3] - 28:11, 29:23, 30:18
**hear** [3] - 9:9, 17:14, 27:17
**HEARING** [1] - 1:10
**hearing** [7] - 2:4, 2:16, 2:21, 3:4, 3:5, 5:7, 24:4
**hearings** [1] - 30:6
**held** [4] - 7:24, 10:23, 18:10, 18:15
**help** [1] - 27:19
**Herculean** [1] - 26:18
**hereby** [1] - 31:8
**hi** [1] - 18:25
**history** [2] - 15:12, 29:8
**hobby** [2] - 16:15, 17:9
**hold** [4] - 12:10, 13:2, 13:4
**home** [1] - 12:7
**Honor** [24] - 2:2, 2:7, 2:10, 2:12, 2:18, 9:25, 11:1, 11:23, 15:2, 15:6, 17:16, 17:19, 18:9, 19:14, 21:24, 22:4, 22:23, 24:10, 24:20, 24:24, 26:11, 27:9, 29:25, 30:12
**HONORABLE** [1] - 1:10
**hope** [2] - 29:21, 30:3
**hopefully** [1] - 17:7
**hours** [3] - 6:9, 7:25, 12:10
**human** [2] - 8:25, 10:5
**hypothetical** [1] - 15:22

## I

**idea** [2] - 5:16, 16:23
**illegal** [2] - 8:13, 15:23
**illegally** [2] - 8:17, 15:20
**immediately** [1] - 20:16
**immigrate** [1] - 12:22
**immoral** [1] - 15:24
**impact** [1] - 4:24
**implausible** [1] - 15:23
**important** [1] - 23:19
**impress** [1] - 9:11
**imprisonment** [1] - 10:11
**incarcerate** [1] - 19:10
**including** [2] - 8:21, 13:14
**incredible** [1] - 29:21
**Indiana** [1] - 1:18
**indicated** [3] - 5:25, 20:12, 26:10
**indicates** [1] - 28:3
**Indiscernible** [1] - 21:20
**indiscernible** [2] - 11:3, 23:19
**Indiscernible)** [2] - 19:1, 19:4
**information** [10] -

2:22, 3:14, 3:23, 7:14, 7:22, 9:10, 12:11, 20:9, 20:15, 27:19
**informed** [1] - 5:21
**initial** [1] - 23:12
**innocence** [1] - 7:17
**innocent** [3] - 5:3, 6:16, 16:11
**inspector** [1] - 27:1
**intend** [2] - 20:5, 23:1
**intending** [1] - 2:17
**intention** [2] - 3:3, 20:19
**interest** [2] - 16:16, 16:18
**internal** [1] - 20:10
**internally** [1] - 26:25
**intoxicated** [1] - 23:14
**introduce** [1] - 2:5
**involved** [3] - 19:12, 20:10, 29:23
**irony** [1] - 29:3
**irrelevant** [2] - 23:25, 28:24
**issue** [2] - 14:16, 26:25

## J

**JAGs** [1] - 26:9
**jail** [2] - 7:24, 12:3
**January** [1] - 25:6
**job** [3] - 4:10, 4:11, 24:15
**John** [1] - 13:22
**JUDGE** [1] - 1:10
**Judge** [3] - 14:1, 18:7, 18:14
**judge** [8] - 5:6, 8:4, 12:11, 14:10, 14:11, 17:1, 17:2, 26:24
**judged** [1] - 17:4
**judges** [5] - 10:14, 12:23, 13:23, 22:18, 29:14
**Judicial** [1] - 31:9
**juries** [1] - 28:23
**jurisdiction** [1] - 3:11
**jurors** [2] - 28:1, 29:5
**jury** [3] - 5:5, 5:9, 29:2
**Justice** [9] - 1:14, 13:8, 15:13, 27:2, 28:2, 28:7, 28:15, 28:17, 30:9
**justification** [1] - 4:2

## K

**keep** [4] - 4:12, 7:21, 11:4, 25:24
**Ken** [1] - 13:22
**kinks** [5] - 8:8, 22:17, 22:18, 27:15
**known** [2] - 4:22, 17:19
**Kohl** [1] - 13:22

## L

**lacking** [1] - 24:17
**language** [1] - 21:6
**larger** [2] - 9:16
**last** [11] - 5:12, 8:3, 8:7, 9:19, 14:6, 14:17, 14:24, 22:16, 25:7, 27:13, 29:3
**late** [4] - 2:19, 3:7, 18:12, 24:7
**late-breaking** [1] - 2:19
**law** [9] - 12:17, 12:19, 12:23, 17:13, 17:21, 17:24, 18:4, 19:24, 21:5
**lawyer** [2] - 16:21, 19:18
**lead** [1] - 13:19
**leaders** [2] - 13:19, 14:3
**learned** [8] - 5:25, 6:2, 6:4, 12:4, 12:5, 12:14, 19:6, 27:12
**leave** [2] - 3:12, 29:13
**left** [2] - 11:8, 16:19
**lesson** [5] - 12:4, 12:6, 12:14, 27:12
**liberties** [2] - 9:18, 10:15
**liberty** [1] - 7:18
**lieu** [1] - 3:2
**life** [4] - 6:20, 6:23, 10:21, 11:19
**limited** [1] - 6:10
**line** [6] - 4:7, 13:2, 13:4, 14:12, 14:21
**lionize** [1] - 29:9
**lionized** [1] - 29:9
**listen** [2] - 13:11, 14:23
**lived** [1] - 16:19
**look** [4] - 3:16, 12:6, 14:14, 27:5
**looking** [1] - 19:19
**losing** [1] - 6:20
**lost** [2] - 7:1, 15:21
**love** [1] - 18:17
**low** [1] - 11:8
**luck** [1] - 29:20
**luckily** [1] - 18:17

## M

**MAGISTRATE** [1] - 1:10
**Magistrate** [1] - 2:3
**magistrate** [3] - 5:6, 12:11, 18:9
**manage** [1] - 29:21
**management** [6] - 4:12, 7:2, 14:4, 14:6, 14:15, 22:3
**manager** [2] - 18:18, 18:20
**managers** [1] - 18:23
**manual** [2] - 28:2, 29:1
**Manual** [4] - 28:3, 28:15, 28:17, 30:9
**marching** [1] - 28:10
**margin** [1] - 9:17
**Martin** [1] - 14:1
**math** [1] - 26:12
**matter** [4] - 2:4, 15:2, 30:13, 31:9
**mean** [19] - 3:24, 8:2, 8:11, 10:19, 11:4, 11:7, 11:17, 14:24, 16:9, 16:12, 17:25, 19:6, 19:23, 24:15, 25:3, 27:18, 28:9, 28:17, 29:7
**means** [3] - 6:25, 22:21, 25:21
**media** [4] - 9:13, 9:14, 13:20, 14:16
**meet** [1] - 9:5
**members** [1] - 18:18
**memorandum** [2] - 17:24, 21:5
**mentioned** [1] - 22:4
**mentors** [1] - 28:11
**mercy** [2] - 19:7, 29:4
**mess** [1] - 4:2
**met** [1] - 18:24
**mid** [1] - 2:21
**mid-morning** [1] - 2:21
**middle** [1] - 26:16
**minimize** [1] - 26:17
**minimum** [3] - 10:9, 10:11, 28:16
**minute** [5] - 21:19, 22:2, 22:10, 30:20
**miraculously** [1] - 4:12
**misapprehension** [1] - 18:4
**misdemeanor** [3] - 2:23, 7:10, 10:8
**mistake** [3] - 12:5, 14:13, 22:13
**mistakes** [2] - 4:18, 22:14
**mitigates** [1] - 23:5
**moment** [1] - 16:16
**Monday** [7] - 6:6, 6:7, 9:19, 18:11, 21:7, 27:12, 27:13
**money** [2] - 16:13
**monitor** [1] - 18:11
**monitoring** [1] - 18:13
**morning** [10] - 2:9, 2:21, 3:17, 4:21, 6:7, 17:25, 18:11, 20:16, 24:9, 24:12
**most** [1] - 23:24
**motion** [9] - 3:5, 5:22, 6:5, 7:7, 20:17, 20:20, 20:21, 30:14, 30:16
**motions** [1] - 6:23
**move** [6] - 3:4, 3:8, 11:13, 16:16, 17:16, 19:20
**moved** [1] - 6:3
**moving** [3] - 3:18, 3:22, 30:7
**MR** [20] - 2:7, 2:18, 3:16, 3:22, 15:2, 15:6, 21:24, 22:8, 22:11, 22:23, 23:1, 23:5, 23:11, 23:18, 24:2, 24:4, 24:7, 24:10, 30:12, 30:24
**MS** [20] - 2:10, 9:25, 11:1, 11:23, 17:16, 17:24, 18:9, 18:14, 18:23, 19:14, 21:12, 21:15, 24:20, 24:24, 25:4, 26:6, 26:11, 26:21, 27:3, 29:25
**MULLIN** [21] - 1:18, 2:10, 9:25, 11:1, 11:23, 17:16, 17:24, 18:9, 18:14, 18:23, 19:14, 21:12, 21:15, 24:20, 24:24, 25:4, 26:6, 26:11, 26:21, 27:3, 29:25
**Mullin** [14] - 2:11, 7:6, 9:23, 10:18, 10:25, 11:17, 16:9, 17:15, 20:11, 21:11, 24:14, 26:5, 29:3, 29:19
**MULROE** [21] - 1:15, 2:7, 2:18, 3:16, 3:22, 15:2, 15:6, 21:24, 22:8, 22:11, 22:23, 23:1, 23:5, 23:11, 23:18, 24:2, 24:4, 24:7, 24:10, 30:12, 30:24
**Mulroe** [2] - 2:7, 2:14
**multiple** [1] - 22:13
**music** [1] - 14:12

## N

**name** [2] - 18:25, 30:8
**namely** [1] - 3:11
**names** [1] - 8:10
**nation** [1] - 12:18
**need** [7] - 4:15, 9:8, 13:6, 16:1, 22:14, 24:18, 27:20
**needs** [1] - 8:18
**never** [9] - 6:22, 8:22, 13:23, 14:18, 16:7, 19:15, 27:11, 28:9, 30:4
**new** [1] - 13:1
**next** [2] - 16:17, 17:6
**night** [6] - 5:15, 24:7, 24:8, 24:11, 26:16
**nine** [2] - 26:6, 26:8
**NO** [1] - 1:5
**none** [1] - 9:18
**nonprofits** [1] - 19:8
**normal** [1] - 15:15
**note** [1] - 23:2
**notes** [1] - 23:1
**nothing** [5] - 12:3, 19:10, 20:6, 28:14, 30:25
**notions** [1] - 7:18
**numbers** [3] - 9:11, 9:16, 26:23
**NW** [3] - 1:15, 1:18, 1:24

## O

**o'clock** [1] - 16:2
**obvious** [1] - 19:17
**occupants** [2] - 29:5, 29:6
**occupying** [1] - 29:4
**occurs** [1] - 26:23
**OF** [3] - 1:1, 1:3, 1:10
**offense** [2] - 23:7, 23:12

**offenses** [1] - 2:23
**office** [14] - 4:16, 6:14, 6:19, 7:19, 11:11, 13:12, 13:20, 13:21, 14:14, 20:11, 23:2, 26:5, 26:22, 28:11
**Office** [27] - 3:1, 5:25, 6:9, 7:2, 7:13, 8:12, 9:6, 10:10, 11:6, 12:5, 13:3, 13:14, 14:5, 14:8, 15:13, 16:1, 20:18, 21:7, 25:3, 25:5, 25:15, 26:14, 27:16, 27:24, 28:6, 28:12, 28:25
**office's** [1] - 4:4
**OFFICER** [2] - 2:12, 21:20
**Officer** [1] - 1:21
**officers** [3] - 9:7, 9:9, 11:10
**Official** [2] - 1:23, 31:7
**OFFICIAL** [1] - 31:14
**omelet** [1] - 8:24
**once** [2] - 10:17, 13:23
**one** [7] - 15:24, 17:1, 18:21, 19:6, 22:13, 23:2, 26:19
**ones** [4] - 13:8, 13:9, 14:23, 29:17
**opportunity** [1] - 19:25
**oral** [2] - 30:14, 30:16
**orally** [1] - 3:8
**orange** [1] - 17:3
**order** [3] - 22:2, 30:13, 30:20
**Order** [1] - 2:1
**orders** [1] - 28:10
**organization** [1] - 19:2
**organizations** [2] - 19:7, 19:8
**original** [1] - 23:6
**outraged** [1] - 16:9
**outset** [2] - 17:20, 19:17
**over-detention** [1] - 26:25
**own** [5] - 13:6, 15:5, 27:22, 28:9, 30:5

## P

**p.m** [8] - 1:11, 2:1, 16:6, 20:1, 20:4, 20:6, 31:4
**page** [1] - 31:9
**part** [4] - 4:10, 22:9, 24:22
**Part** [1] - 22:10
**parties** [3] - 2:5, 2:21, 31:2
**parts** [1] - 6:14
**past** [5] - 6:20, 9:1, 10:17, 15:16, 25:23
**Pat** [1] - 14:1
**pending** [4] - 2:24, 3:5, 3:9, 3:19
**people** [35] - 4:24, 5:3, 5:5, 6:9, 6:11, 6:16, 7:23, 8:4, 8:10, 8:17, 9:3, 9:15, 10:18, 10:22, 11:13, 12:6, 12:8, 12:19, 13:1, 13:7, 15:9, 15:20, 16:10, 16:14, 16:18, 16:24, 17:10, 23:24, 24:17, 24:21, 24:25, 25:21, 25:25, 28:8
**people's** [1] - 9:17
**perhaps** [1] - 28:14
**person** [3] - 14:25, 15:24, 22:20
**personally** [1] - 7:19
**picture** [1] - 22:5
**place** [1] - 11:7
**placed** [3] - 18:5, 18:11, 18:16
**Plaintiff** [1] - 1:4
**plan** [1] - 11:24
**playing** [2] - 17:10
**pleasant** [1] - 4:20
**point** [6] - 6:20, 11:9, 19:15, 25:16, 27:11, 27:18
**police** [3] - 17:10, 23:22, 29:12
**position** [1] - 3:21
**positions** [1] - 25:22
**possible** [1] - 18:6
**power** [2] - 29:12, 29:14
**precedent** [1] - 17:21
**predicated** [1] - 7:11
**prejudice** [14] - 3:20, 3:22, 12:2, 17:17, 19:20, 20:21, 20:24, 21:1, 21:3, 21:4, 21:9, 30:19, 30:23
**preliminary** [3] - 2:4, 3:4
**prerogative** [1] - 28:18
**President** [6] - 8:21, 17:18, 17:20, 18:1, 18:2, 19:16
**Presidential** [1] - 8:20
**Presidents** [1] - 8:20
**press** [4] - 8:16, 14:16, 14:19
**presume** [3] - 3:19, 4:20, 21:6
**presumed** [3] - 5:3, 6:16, 16:11
**presumption** [1] - 7:17
**pretrial** [1] - 21:22
**Pretrial** [2] - 1:21, 2:13
**prevent** [3] - 7:23, 22:6, 24:15
**principled** [2] - 13:7, 13:8
**privileged** [1] - 20:13
**probable** [2] - 7:13, 28:5
**problem** [2] - 4:4, 4:5
**problems** [2] - 4:19, 8:22
**proceed** [2] - 3:2, 20:5
**Proceedings** [1] - 31:4
**process** [1] - 4:6
**Produced** [1] - 1:25
**prolonged** [1] - 23:11
**property** [2] - 23:20, 24:6
**proposals** [1] - 27:17
**prosecution** [2] - 3:3, 3:10
**prosecutor** [2] - 6:21, 8:4
**prosecutors** [1] - 29:15
**proudly** [1] - 6:3
**prove** [2] - 28:4, 28:20
**proved** [1] - 28:21
**provide** [1] - 25:14
**provided** [3] - 7:15, 25:11, 26:14
**Public** [4] - 1:17, 25:3, 25:14, 26:14
**public** [6] - 10:20, 11:1, 25:1, 25:9, 25:15, 26:4
**publicly** [1] - 6:1
**puff** [1] - 9:15
**punitive** [1] - 6:14
**pushback** [1] - 5:7
**put** [4] - 2:20, 10:19, 21:19, 26:18

## Q

**questions** [3] - 4:15, 16:5, 22:5
**quite** [1] - 29:16

## R

**raise** [1] - 7:12
**raised** [1] - 27:4
**RDR** [1] - 31:13
**RDR-CRR** [1] - 31:13
**read** [1] - 13:25
**realize** [1] - 12:7
**really** [2] - 4:2, 26:12
**Realtime** [1] - 1:23
**reason** [2] - 13:9, 25:13
**reasonable** [3] - 28:4, 28:20, 28:22
**recent** [1] - 14:17
**Record** [1] - 1:25
**record** [17] - 2:5, 2:16, 2:20, 4:17, 7:4, 9:22, 11:14, 11:15, 11:19, 11:20, 12:2, 12:13, 16:4, 16:5, 19:21, 24:25, 31:8
**recorded** [1] - 19:18
**reentry** [1] - 19:6
**reestablish** [4] - 16:14, 16:21, 17:8, 17:12
**Reeves** [2] - 31:7, 31:13
**REEVES** [2] - 1:22, 31:13
**referenced** [1] - 21:12
**refrain** [1] - 24:22
**refused** [1] - 14:7
**Registered** [1] - 1:22
**regulations** [1] - 31:9
**release** [3] - 6:10, 18:15, 18:16
**released** [4] - 4:25, 8:5, 9:24, 12:13
**releases** [1] - 8:16
**religious** [1] - 19:8
**remarkably** [1] - 26:18
**remedies** [2] - 10:11, 16:12
**remedy** [4] - 10:5, 16:7, 20:2, 20:19
**remember** [1] - 25:9
**removed** [1] - 10:15
**replies** [1] - 21:17
**Reporter** [4] - 1:22, 1:23, 1:23, 31:7
**REPORTER** [1] - 31:14
**Republican** [1] - 8:21
**requesting** [1] - 21:25
**requests** [1] - 3:12
**require** [1] - 14:25
**requirement** [1] - 4:11
**requirements** [1] - 4:10
**requires** [1] - 30:10
**residents** [1] - 24:18
**resources** [7] - 19:10, 25:5, 25:10, 25:14, 25:17, 26:14, 29:22
**respectfully** [1] - 3:12
**respond** [2] - 21:11, 21:13
**response** [1] - 21:17
**responses** [1] - 21:25
**rest** [1] - 14:14
**restaurant** [2] - 23:14, 23:21
**result** [1] - 18:3
**righteous** [3] - 6:12, 17:7, 29:6
**rightly** [1] - 16:22
**rights** [1] - 8:10
**Rights** [1] - 25:20
**Riley** [8] - 5:24, 6:7, 7:7, 7:25, 15:19, 21:6, 21:13, 27:7
**riley** [1] - 6:5
**Rileys** [1] - 8:9
**Rios** [1] - 15:20
**riot** [1] - 13:25
**rise** [1] - 31:3
**roaming** [1] - 12:8
**robbers** [1] - 17:11
**robes** [1] - 29:14
**room** [1] - 14:5
**rounded** [1] - 7:23
**Rubicon** [2] - 9:2, 25:23
**rule** [8] - 12:16, 12:17, 12:18, 12:23, 17:12, 19:24
**Rule** [1] - 3:8
**run** [1] - 13:17
**rush** [1] - 9:11

## S

**Safe** [1] - 8:12

**sat** [1] - 17:4
**satisfy** [1] - 5:15
**Saturday** [1] - 6:6
**saw** [4] - 7:25, 13:22, 25:9
**scenario** [1] - 10:21
**schedule** [4] - 7:9, 19:22, 21:19, 22:1
**screw** [2] - 8:6, 12:3
**screw-up** [1] - 8:6
**screwed** [2] - 9:20, 13:21
**second** [1] - 30:17
**see** [5] - 5:5, 12:9, 25:14, 25:24, 25:25
**seeing** [1] - 5:11
**seek** [3] - 7:14, 11:25, 21:2
**seeking** [1] - 12:1
**seem** [1] - 6:10
**sees** [1] - 26:24
**seized** [1] - 8:13
**send** [1] - 13:17
**sense** [1] - 6:13
**sent** [2] - 7:24, 9:3
**separate** [3] - 7:11, 19:25, 30:22
**separately** [1] - 30:21
**September** [5] - 1:11, 8:13, 21:16, 25:19, 31:11
**seriously** [2] - 29:17, 29:18
**Services** [1] - 2:13
**services'** [1] - 21:22
**set** [4] - 2:4, 17:22, 17:24, 19:22
**seven** [1] - 10:18
**shame** [2] - 10:17, 12:1
**shameful** [1] - 15:10
**sheer** [1] - 12:1
**shifts** [2] - 4:8, 14:23
**shortly** [1] - 2:20
**show** [2] - 14:11, 22:2
**showed** [1] - 14:9
**showing** [2] - 5:17, 15:9
**sides** [1] - 6:15
**sign** [1] - 9:8
**signed** [2] - 9:1, 24:2
**signing** [1] - 30:8
**simply** [6] - 6:17, 9:14, 12:2, 20:21, 27:25
**single** [1] - 18:19
**sit** [3] - 4:14, 9:9, 24:9
**sitting** [2] - 6:7, 14:2
**situation** [1] - 27:4
**six** [1] - 10:18
**Sixth** [1] - 25:20
**small** [1] - 23:2
**Social** [1] - 9:12
**social** [4] - 9:13, 9:14, 13:20, 14:16
**someone** [6] - 6:25, 10:6, 10:23, 14:13, 24:12
**SONJA** [2] - 1:22, 31:13
**Sonja** [2] - 31:7, 31:13
**soon** [1] - 6:4
**sorry** [3] - 9:21, 9:23, 25:18
**sort** [7] - 5:4, 5:16, 8:23, 9:14, 22:5, 22:14, 26:23
**sound** [1] - 12:6
**sounds** [1] - 19:12
**SPEAKER** [2] - 19:1, 19:4
**speech** [1] - 18:2
**stake** [1] - 9:18
**stand** [5] - 9:9, 13:11, 14:21, 15:11, 18:25
**started** [1] - 25:3
**starting** [1] - 2:6
**starts** [1] - 7:12
**state** [3] - 7:16, 13:7, 29:12
**statements** [3] - 19:18, 23:23, 23:25
**States** [23] - 2:3, 2:8, 2:17, 3:1, 7:2, 7:13, 9:5, 10:3, 10:10, 11:5, 12:25, 13:17, 14:5, 15:12, 21:7, 24:16, 27:20, 27:24, 28:2, 28:6, 30:11, 31:7, 31:10
**STATES** [2] - 1:1, 1:3
**statistic** [1] - 10:13
**statistics** [1] - 9:11
**stats** [2] - 8:16, 8:17
**STATUS** [1] - 1:10
**stay** [4] - 12:7, 13:5, 13:9, 18:10
**still** [12] - 10:12, 12:13, 19:23, 21:1, 25:17, 25:19, 25:20, 25:21, 26:19, 27:16, 28:17
**stop** [1] - 24:5
**Street** [1] - 1:15
**streets** [2] - 7:24, 12:8
**strict** [1] - 18:16
**strike** [1] - 3:24
**submit** [1] - 18:4
**subsequently** [1] - 30:21
**sudden** [1] - 8:23
**suffer** [1] - 16:20
**suffering** [1] - 5:19
**suggest** [1] - 23:24
**suggesting** [2] - 23:3, 23:18
**suggestion** [1] - 10:4
**suggestions** [1] - 24:14
**Suite** [1] - 1:18
**Sunday** [5] - 6:6, 24:7, 24:8, 24:11
**Superior** [9] - 2:22, 3:2, 3:11, 3:15, 9:5, 9:7, 10:8, 11:11, 20:9
**supervisory** [2] - 15:1, 15:3
**support** [4] - 18:17, 18:20, 25:11, 26:10
**supposed** [5] - 16:20, 16:23, 26:13, 28:7, 28:8
**Supreme** [1] - 17:21
**surprise** [1] - 3:20
**suspended** [1] - 29:2
**sword** [1] - 30:18
**sympathize** [1] - 26:15
**system** [5] - 5:10, 16:25, 19:9, 26:13, 29:11

## T

**tactic** [1] - 13:1
**ten** [1] - 5:12
**test** [1] - 25:24
**testing** [2] - 25:25
**THE** [50] - 1:1, 1:10, 1:14, 1:17, 2:9, 2:14, 3:14, 3:18, 3:23, 10:2, 11:4, 11:24, 15:4, 15:8, 17:23, 18:6, 18:13, 18:22, 18:25, 19:2, 19:5, 19:22, 21:14, 21:16, 21:21, 22:7, 22:10, 22:12, 22:25, 23:4, 23:10, 23:13, 23:22, 24:3, 24:5, 24:8, 24:11, 24:21, 25:2, 25:6, 26:8, 26:12, 27:1, 27:5, 27:9, 27:11, 30:1, 30:2, 30:16, 31:1
**themselves** [1] - 9:15
**they've** [1] - 29:9
**thinking** [1] - 15:17
**thinks** [1] - 11:13
**thoughtful** [1] - 28:24
**thousand** [1] - 11:2
**threats** [6] - 17:18, 17:20, 17:22, 18:2, 19:16, 23:17
**throughout** [1] - 4:6
**Thursday** [1] - 1:11
**timeline** [1] - 21:25
**today** [11] - 2:21, 13:10, 16:5, 16:6, 16:8, 18:20, 20:1, 20:4, 20:6, 23:19, 25:18
**toilet** [1] - 17:13
**tool** [1] - 9:14
**Torez** [3] - 5:24, 21:6, 21:13
**total** [2] - 8:13, 19:7
**TRANSCRIPT** [1] - 1:10
**transcript** [3] - 31:8, 31:8, 31:9
**Transcript** [1] - 1:25
**traumatic** [1] - 5:13
**treat** [4] - 5:2, 5:3, 12:19
**treated** [5] - 15:24, 16:22, 17:3, 17:8, 24:18
**true** [3] - 13:12, 17:22, 31:8
**truly** [2] - 26:20, 29:3
**Trump** [2] - 8:22, 13:15
**Truth** [1] - 9:12
**try** [2] - 14:10, 17:12
**trying** [2] - 8:7, 26:22
**Tuesday** [3] - 24:2, 24:8, 24:11
**turn** [3] - 9:4, 9:6, 11:11
**tweeted** [1] - 8:12
**tweets** [1] - 14:16
**Twittersphere** [1] - 9:12
**two** [3] - 8:2, 11:2, 20:25

## U

**U.S** [20] - 1:10, 1:14, 5:24, 6:1, 6:8, 6:22, 8:11, 12:5, 13:2, 13:3, 13:13, 14:7, 16:1, 20:18, 25:5, 27:15, 28:11, 28:24, 29:1, 30:6
**U.S.C** [2] - 17:21, 19:19
**under** [4] - 3:8, 8:20, 17:21, 19:16
**underlying** [1] - 23:8
**underscore** [1] - 19:15
**understood** [2] - 4:9, 23:13
**undoes** [1] - 16:13
**unelected** [2] - 29:14
**unfairly** [2] - 17:8, 24:18
**UNIDENTIFIED** [2] - 19:1, 19:4
**uniform** [1] - 17:2
**United** [23] - 2:3, 2:8, 2:17, 3:1, 7:2, 7:12, 9:5, 10:3, 10:10, 11:5, 12:25, 13:16, 14:5, 15:12, 21:7, 24:16, 27:20, 27:24, 28:2, 28:6, 30:11, 31:7, 31:10
**UNITED** [2] - 1:1, 1:3
**unlike** [2] - 25:6
**unprecedented** [1] - 5:12
**up** [15] - 4:12, 7:23, 8:6, 9:15, 9:20, 13:20, 13:21, 14:2, 14:9, 14:11, 14:21, 15:9, 15:11, 25:16, 26:12
**updates** [1] - 2:15
**uphill** [1] - 16:24
**uphold** [1] - 30:9

## V

**versus** [1] - 2:3
**video** [1] - 24:12
**vigorously** [1] - 26:19
**vision** [1] - 29:13
**volume** [3] - 6:23, 10:19, 25:12
**vs** [1] - 1:5
**vu** [1] - 9:19

## W

**wait** [2] - 5:22, 30:17
**waiting** [1] - 6:8
**wants** [2] - 9:6, 12:25
**warrant** [1] - 21:5

**Washington** [5] - 1:12, 1:16, 1:19, 1:24, 16:19
**wasting** [1] - 21:22
**watched** [2] - 9:4, 24:12
**weak** [1] - 7:22
**wear** [1] - 28:7
**wearing** [2] - 17:2, 17:3
**week** [15] - 8:7, 9:25, 10:1, 10:6, 11:14, 12:3, 12:12, 12:13, 14:7, 14:18, 18:5, 18:16, 20:13, 22:16, 29:3
**weekend** [2] - 8:15, 18:10
**weeks** [2] - 7:15, 8:2
**white** [1] - 28:7
**willful** [1] - 18:3
**wish** [1] - 29:19
**words** [1] - 15:14
**workaround** [2] - 7:18, 7:20
**works** [1] - 5:10
**world** [2] - 9:13, 12:18
**worn** [1] - 9:4
**worse** [1] - 5:11
**writing** [1] - 22:2
**written** [1] - 3:5
**wrongly** [2] - 6:2, 16:15

## Y

**years** [3] - 8:3, 8:4, 15:13
**yelled** [1] - 14:3
**yourselves** [1] - 2:5

## Z

**zero** [1] - 9:18
**ZIA** [1] - 1:10
**Zia** [1] - 14:2